**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARY L. GRAVES, derivatively on behalf**
**of Nominal Defendant, Jabil Circuit, Inc.,**

    **Plaintiff,**

**v.**                                                                    **Case No.  8:06-cv-1257-T-30MSS**

**SCOTT D. BROWN, MEL S. LAVITT,**
**MARK T. MONDELLO, WILLIAM D.**
**MOREAN, FRANK A. NEWMAN, STEVEN**
**A. RAYMUND, THOMAS A. SANSONE,**
**JABIL CIRCUIT, INC.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

    THIS CAUSE comes before the Court upon the Joint Unopposed Motion for Entry of Final Judgment (Dkt. 64) in which Plaintiffs' counsel has notified this Court that the Judgment in the State Derivative Action became final on April 7, 2008, see Dkt. 63, Ex. A, and notice to the shareholders has been full completed, see id., Ex. B.  The Court, having considered the joint motion and being otherwise advised in the premises, concludes that since the parties dispute has been resolved in state court, the parties' motion should be granted.

    It is, therefore, **ORDERED** and **ADJUDGED** that:

    1. The Joint Unopposed Motion for Entry of Final Judgment (Dkt. 64) is **GRANTED** to the extent that the complaint is hereby **DISMISSED (Dkt. 1)**.

2. The **Clerk** shall terminate any pending motions and close the case file.

**DONE** and **ORDERED** in Tampa, Florida on April 25, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-1257 mt approve settle 64.wpd